IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HART SPILLER,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-00109-SPM-AK

VOLUSIA COUNTY SCHOOLS,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

This cause is before the Court on Plaintiff's *pro se* complaint of employment discrimination. Doc. 1. According to Plaintiff, the school district, which is located in Deland, Florida, refused to hire him based on his age, race, and national origin. *Id.* While Plaintiff's residence is located in Gainesville, Defendant and all the actions at issue occurred in the Middle District of Florida.

Title VII actions may be commenced only in the judicial district (1) where the unlawful employment action alleged occurred, (2) where the relevant employment records are maintained and administered, or (3) where the plaintiff would have worked but for the alleged unlawful employment action. 42 U.S.C. § 2000e-5(f)(3). Consequently, Plaintiff has filed this action in the wrong judicial district. Under those circumstances, the Court can either dismiss the action or transfer it to the appropriate district "if it be in the interest of justice." 28 U.S.C. § 1406(a).

Because this is a *pro se* matter, and because dismissal might affect the timeliness of a new complaint, the Court respectfully **RECOMMENDS** that this cause be **TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**.

  **IN CHAMBERS** in Gainesville, Florida, this *4th* day of May, 2009.

      *s/ A. KORNBLUM*
      **ALLAN KORNBLUM**
      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**