IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HART SPILLER,

    Plaintiff,

v.                                                 CASE NO. 1:09cv109-SPM/AK

VOLUSIA COUNTY SCHOOLS,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated May 4, 2009 (doc. 4). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff agrees to the report and recommendation (doc. 5) and I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the

Middle District of Florida, Orlando Division.

DONE AND ORDERED this 12th day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge