**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HART SPILLER,**

                **Plaintiff,**

**-vs-**                                                  **Case No. 6:09-cv-1064-Orl-31DAB**

**VOLUSIA COUNTY SCHOOLS,**

                **Defendant.**

_____

## ORDER

This matter comes before the Court on the Motion for Miscellaneous Relief (Doc. 35) filed by the Plaintiff, Hart Spiller ("Spiller"), and the response (Doc. 38) filed by the Defendant, Volusia County Schools (the "School Board"). Spiller proposes to challenge the Constitutionality of two of this Court's orders (Doc. 21, 32) and seeks to have the Court provide notice to and allow intervention by the United States pursuant to 28 U.S.C. § 2403. That statute provides, in pertinent part,

> (a) In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality.

28 U.S.C. § 2403(a). As Spiller seeks to challenge judicial orders rather than an Act of Congress, the statute is inapplicable, and Spiller has failed to demonstrate any basis for intervention by the United States. Accordingly, the motion is **DENIED**. In addition, to the extent that the Defendant's response (Doc. 38) seeks affirmative relief, it is hereby **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 12, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party