**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HART SPILLER,**

              **Plaintiff,**

**-vs-**                                          **Case No.  6:09-cv-1064-Orl-31DAB**

**VOLUSIA COUNTY SCHOOLS,**

              **Defendant.**

_____

## ORDER

On June 22, 2010, the Defendant filed a suggestion of death (Doc. 46) as to the Plaintiff, Hart Spiller ("Spiller"), followed two days later by a motion to stay proceedings (Doc. 47). The Court granted the motion, staying the proceedings until September 21, 2010 to give Spiller's estate the opportunity to file a motion for substitution. (Doc. 48). No such motion has been filed. Accordingly, pursuant to Fed.R.Civ.P. 25(a), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 4, 2010.

                                                          **GREGORY A. PRESNELL**
                                                      **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party